# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE A. QUARLES,<br>    Plaintiff,<br><br>v.<br><br>SAM SAMPLES, et. al.,<br>    Defendants. | No. 2:90-cv-3625 |

## O R D E R

**AND NOW**, this 14th day of March, 2023, upon consideration of Plaintiff's Motion for an Independent Action, and for the reasons given in the Court's Opinion issued this day, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Plaintiff's Motion, ECF. No. 6, is **DENIED with prejudice**.

2. Plaintiff's motion to appoint counsel, ECF No. 2, is **DISMISSED** as moot.

3. Plaintiff's motion to proceed in forma pauperis, ECF No. 3, is **DISMISSED** as moot.

4. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge